UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| NORTH AMERICA ASSOCIATION, LLC, | Case No. 2:20-CV-1650 JCM (BNW) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| KATI MARIE SMITH, | |
| Defendant(s). | |

    Presently before the court is North America Association, LLC's ("NAA") emergency ex parte motion for temporary restraining order. (ECF No. 6).

    The court finds that a hearing and expedited briefing is appropriate. The court now sets a hearing on Wednesday, September 16, 2020, at 10:30 a.m. in courtroom 6A. Defendant Kati Mari Smith shall file her opposition, if any, to NAA's motion by 5:00 p.m. on Monday, September 14, 2020. Plaintiff NAA shall file its reply, if any, by 5:00 p.m. on Tuesday, September 15, 2020.

    Accordingly,

    IT IS SO ORDERED.

    DATED September 10, 2020.

                                                                                            UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**